BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  AME CHURCH RETIREMENT     )        MDL NO:
      PLAN LITIGATION                               )
                                                                    )

**PLAINTIFF REV. PEARCE EWING'S MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407, TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE FOR <u>COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS</u>**

Plaintiff Rev. Pearce Ewing in the case styled *Ewing v. Newport Group, Inc., et al.,* United States District Court for the Western District of Tennessee, hereby moves for an Order for transfer and consolidation pursuant to 28 U.S.C. § 1407 for the five civil actions listed in the Schedule of Actions ("the Actions") filed concurrently herewith.

For the reasons set forth in Plaintiff's accompanying Memorandum in Support, Plaintiff respectfully requests that the Panel issue an Order transferring and consolidating the Actions listed in the accompanying Schedule of Actions, as well as all subsequently filed related actions, to the Western District of Tennessee for coordinated or consolidated pretrial proceedings.

April 2, 2022                        Respectfully submitted,

                                      <u>/s/ *Gregory F. Coleman*</u>
                                      Gregory F. Coleman
                                      **MILBERG COLEMAN BRYSON**
                                      **PHILLIPS GROSSMAN, PLLC**
                                      800 South Gay Street, Suite 1100
                                      Knoxville, TN 37929
                                      Tel: 865-247-0080
                                      gcoleman@milberg.com

                                      Matthew E. Lee
                                      Jeremy R. Williams
                                      Sarah J. Spangenburg
                                      **MILBERG COLEMAN BRYSON**
                                      **PHILLIPS GROSSMAN, PLLC**

900 W. Morgan Street
Raleigh, NC 27603
Tel: 919-600-5000
Fax: 919-600-5035
mlee@milberg.com
jwilliams@milberg.com
sspangenburg@milberg.com

*Counsel for Movant Rev. Pearce Ewing*