BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  AME CHURCH RETIREMENT   )            MDL NO:
       PLAN LITIGATION        )
                                       )

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Presiding Elder Phillip Russ, IV, Marcius King, by and through Lynette Glenn, Power of Attorney, and Rev. Matthew Ewing<br><br>**Defendants:** Newport Group, Inc., Symetra Financial Corporation, Rev. Dr. Jerome V. Harris, Bishop Samuel L. Green, Sr., African Methodist Episcopal Church, and John Does 1-10 | United States District Court Middle District of Florida (Jacksonville Division) | 3:22-cv-00375 | The Honorable Brian J. Davis |
| **Plaintiffs:** Reverend Cedric V. Alexander, Bowie, Prince George's County, Maryland<br><br>**Defendants**: Dr. Jerome V. Harris, Bishop Samuel L. Green, Sr., Trustees of the African Methodist Episcopal Church Ministerial | United States District Court District of Maryland (Southern Division) | 8:22-cv-00707 | The Honorable Timothy J. Sullivan |

| | | | |
|---|---|---|---|
| Retirement Annuity Plan, African Methodist Episcopal Church Ministerial Retirement Annuity Plan, African Methodist Episcopal Church Department of Retirement Services, African Methodist Episcopal Church, Inc., General Board of the African Methodist Episcopal Church, Council of Bishops of the African Methodist Episcopal Church, and John and Jane Does 1-20 | | | |
| **Plaintiff:** Reverend Charles R. Jackson<br><br>**Defendants:** Newport Group, Inc., Symetra Financial Corporation, Reverend Jerome V. Harris, African Methodist Episcopal Church, AMEC Financial Services, Inc. d/b/a AMEC Department of Retirement Services, John Does 1-10, and XYZ Corporations 1-10 | United States District Court Western District of Tennessee (Western Division) | 2:22-cv-02174 | The Honorable John T. Fowlkes, Jr. |

| **Plaintiff:** Reverend Pearce Ewing  **Defendants:** Newport Group, Inc., Symetra Financial Corporation, Reverend Jerome V. Harris, African Methodist Episcopal Church, and John Does 1-10 | United States District Court Western District of Tennessee (Western Division) | 2:22-cv-02136 | The Honorable John T. Fowlkes, Jr. |
|---|---|---|---|
| **Plaintiffs:** Reverend Derrell Wade and Reverend Reuben J. Boyd, Jr.  **Defendants:** Newport Group, Inc., Symetra Financial Corporation, African Methodist Episcopal Church, Reverend Dr. Jerome V. Green, Sr, Estate of Bishop McKinley Young, Bishop James Davis, American Express Co., Safeco Insurance Co. of America, RSM McGladrey, Doe Corporations 1-10 and John Does 1-10 | United States District Court Eastern District of Virginia | 3:22-cv-00179 | Not yet assigned. |

Dated: April 2, 2022

Respectfully Submitted,

/s/ *Gregory F. Coleman*
Gregory F. Coleman
**MILBERG COLEMAN BRYSON**

**PHILLIPS GROSSMAN, PLLC**
800 South Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
gcoleman@milberg.com


Matthew E. Lee
Jeremy R. Williams
Sarah J. Spangenburg
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Tel: 919-600-5000
Fax: 919-600-5035
mlee@milberg.com
jwilliams@milberg.com
sspangenburg@milberg.com

*Counsel for Movant Rev. Pearce Ewing*