BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: AME CHURCH RETIREMENT )      MDL NO:
      PLAN LITIGATION         )
                                       )

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing was served via email on April 2, 2022 to the following:

Elizabeth Hopkins
Scott M. Lempert
Susan L. Meter
Kantor & Kantor, LLP
19839 Nordhoff Street
Northridge, CA 91324
ehopkins@kantorlaw.net
slempert@kantorlaw.net
smeter@kantorlaw.net
      **Counsel for Plaintiff:** *Reverend Cedric V. Alexander*
      D. Maryland, No. 8:22-cv-00707

J. Gerard Stranch, IV
Benjamin A Gastel
Branstetter, Stranch, & Jennings, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
gerards@bsjfirm.com
beng@bsjfirm.com
      **Counsel for Plaintiff:** *Reverend Charles R. Jackson*
      W.D. Tennessee, No. 2:22-cv-02174

Richard W. Schulte
Stephen D. Behnke
865 South Dixie Drive
Vandalia, Ohio 45377
rschulte@legaldayton.com
sbehnke@legaldayton.com
      **Counsel for Plaintiff:** *Reverend Charles R. Jackson*
      W.D. Tennessee, No. 2:22-cv-02174

Joseph A. Osborne
Osborne & Francis Law Firm PLLC
433 Plaza Real, Suite 271

Boca Raton, FL 33432
josborne@realtoughlawyers.com
    **Counsel for Plaintiff:** *Reverend Charles R. Jackson*
    W.D. Tennessee, No**.** 2:22-cv-02174

Louis W. Ringger III
Milberg Coleman Bryson Phillips Grossman, PLLC
800 S Gay Street #1100
Knoxville, TN 37929
Bringger@milberg.com
    **Counsel for Plaintiff:** *Reverend Pearce Ewing*
    W.D. Tennessee, No**.** 2:22-cv-02136

Matthew E. Lee
Jeremy R. Williams
Sarah J. Spangenburg
Milberg Coleman Bryson Phillips Grossman, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Jwilliams@milberg.com
sspangenburg@milberg.com
    **Counsel for Plaintiff:** *Reverend Pearce Ewing*
    W.D. Tennessee, No**.** 2:22-cv-02136

Fred Tromberg
Law Offices of Fred Tromberg
4925 Beach Boulevard
Jacksonville, FL 32207
tromberglaw@bellsouth.net
    **Counsel for Plaintiff:** *Reverend Pearce Ewing*
    W.D. Tennessee, No**.** 2:22-cv-02136

Rachel Dapeer
Dapeer Law
20900 NE 30th Avenue #417
Aventura, Florida 33180
rachel@dapeer.com
    **Counsel for Plaintiffs:** *Presiding Elder Phillip Russ, IV, Rev. Marcius King, by and through Lynette Glenn, Power of Attorney, and Rev. Matthew Ewing*
    M.D. Florida, No**.** 3:22-cv-00375

David Hilton Wise
Joseph M. Langone
Wise Law Firm
10640 Page Avenue Ste 320
Fairfax, Virginia 22030

dwise@wiselaw.pro
jlangone@wiselaw.pro
> **Counsel for Plaintiff:** *Reverend Derrell Wade and Reverend Reuben J. Boyd, Jr.*
> E.D. Virginia, No**.** 3:22-cv-00179

Tannera George Gibson
Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103
tgibson@bpjlaw.com
> **Counsel for Defendant:** *Newport Group, Inc.*
> W.D. Tennessee, No**.** 2:22-cv-02136

>/s/ *Gregory F. Coleman*
>Gregory F. Coleman
>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
>800 South Gay Street, Suite 1100
>Knoxville, TN 37929
>Tel: 865-247-0080
>gcoleman@milberg.com
>
>*Counsel for Plaintiff Rev. Pearce Ewing*